**Order entered November 18, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01224-CV

## IN THE INTEREST AND PROTECTION OF C.C.

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 32861CR

## ORDER

This is an appeal from an order requiring court-ordered mental health services. Pursuant to Texas Health and Safety Code Section 574.070(e) and Texas Rule of Appellate Procedure 2, we **ORDER** court reporter Shannon Sudderth to file the reporter's record no later than **November 24, 2022**.

We further **ORDER** appellant to file appellant's opening brief within ten days of the filing of the reporter's record and appellee to file its brief within ten days of the filing of appellant's brief. *See* TEX. HEALTH & SAFETY CODE § 574.070(e); TEX. R. APP. P. 2. Because this is an accelerated appeal, extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Sudderth and the parties.

/s/ CORY L. CARLYLE
   JUSTICE